UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 12-2910-MWF(FMOx)**                              Dated: **July 16, 2013**

Title:       Ullico Casualty Company -v- Source One Staffing LLC

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                              None Present
    Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Filing Order filed July 10, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 12, 2013, at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                            Initials of Deputy Clerk   rs
CIVIL - GEN

-1-